IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



**ORIGINAL**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 0 5 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| PALMYRA PARK HOSPITAL, INC., ) <br> d/b/a PALMYRA MEDICAL CENTER, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> vs. ) <br> ) <br> PHOEBE PUTNEY MEMORIAL ) <br> HOSPITAL, INC.; PHOEBE PUTNEY ) <br> HEALTH SYSTEM, INC.; AND ) <br> HOSPITAL AUTHORITY OF ) <br> ALBANY/ ) <br> DOUGHERTY COUNTY, ) <br> ) <br> DEFENDANTS. ) | CIVIL ACTION FILE NO.: <br> 1:08-CV-000102-WLS* <br><br> *Action is pending in the United States District Court for the Middle District of Georgia <br><br> Miscellaneous Action No. <br> **1 08-MI-0431** |

### DEFENDANTS PHOEBE PUTNEY MEMORIAL HOSPITAL, INC.'S AND PHOEBE PUTNEY HEALTH SYSTEM, INC.'S MOTION TO QUASH THIRD-PARTY SUBPOENAS

COME NOW Defendants, Phoebe Putney Memorial Hospital, Inc. (hereinafter referred to as "PPMH") and Phoebe Putney Health System, Inc. (hereinafter referred to as "PPHS") (PPMH and PPHS being collectively referred to as "Phoebe"), in the above styled case pending in the Middle District of Georgia (hereinafter referred to as "Forum Court"), pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure, and respectfully move this Court to quash the Rule 45 subpoenas issued by the Northern District of Georgia and served by

Plaintiff, Palmyra Park Hospital, Inc. d/b/a Palmyra Medical Center (hereinafter referred to as "Palmyra") on November 21, 2008, on Aetna Health Insurance Co.; Blue Cross Blue Shield Healthcare Plan of Georgia, Inc.; Cigna Healthcare of Georgia, Inc.; MillerCoors LLC; Millman, Inc.; The Procter & Gamble Paper Products Co. and United Healthcare of Georgia, Inc. Contemporaneously with this Motion to Quash, Phoebe has filed a Motion to Quash third-party subpoenas issued by the Middle District of Georgia to Cooper Tire & Rubber Co. and Kirk Rouse, Doherty, Duggan & Rouse Insurors, Inc. and a Motion for a Protective Order to halt all discovery in this case and to suspend PPMH's obligations to respond to Palmyra's First Request for Production of Documents and First Interrogatories propounded on Defendant PPMH on November 21, 2008.[1] In an abundance of caution, Defendant Phoebe is filing this Motion to Quash Third-Party Subpoenas with this Court and in support of its motion, Defendant Phoebe respectfully states to the Court, as follows:

1. Palmyra's service of third-party subpoenas violate the letter and spirit of the Forum Court's Order issued on November 5, 2008 (hereinafter "Forum Court Order"), attached as "Exhibit B." Based on the dispute between the parties with respect to the commencement of discovery, the Forum Court

---

[1] For the Court's convenience, attached hereto as "Exhibit A" are copies of all nine non-party subpoenas.

2

ordered the postponement of the required discovery conference and the filing of a proposed scheduling/discovery order until the Defendants' pending Joint Motion to Stay Discovery and Initial Disclosures, filed on October 29, 2008 (hereinafter "Motion to Stay Discovery"), was fully briefed and decided.

2. Palmyra's service of subpoenas on third parties prior to the commencement of discovery by virtue of the discovery conference and discovery plan is in violation of Local Rule 26(a) of the Forum Court and the Fed. R. Civ. P. 26.

3. Palmyra's service of subpoenas while the Motion to Stay Discovery is pending before the Forum Court and before the necessary Protective Order is finalized, is a bad faith attempt to circumvent appropriate discovery limitations. The documents sought in the subpoenas include confidential and proprietary information. The parties are in the process of negotiating a protective order, but no such order has been agreed upon by the parties or entered by the Forum Court or any other court.

4. In support of this motion, Defendant Phoebe incorporates its Brief In Support of Defendant Phoebe's Motion to Quash Third-Party Subpoenas issued to Aetna Health Insurance Co.; Blue Cross Blue Shield Healthcare Plan of Georgia, Inc.; Cigna Healthcare of Georgia, Inc.; MillerCoors LLC;

Millman, Inc.; The Procter & Gamble Paper Products Co. and United Healthcare of Georgia, Inc.

5. Defendant Phoebe respectfully requests that this Court to transfer this Motion to Quash Third-Party Subpoenas to the Forum Court because of the complexity of the case, the familiarity of the issues by the Forum Court, to ensure discovery rulings are consistent with those rendered by the Forum Court, and because it involves the application and enforcement of a Forum Court Order.

6. Additionally, because this Motion is filed in direct connection with the Motion for Protective Order filed in the Forum Court, pursuant to Fed.R.Civ.P. 26(c)(3), Defendant Phoebe requests that the court award Defendant Phoebe its reasonable expenses incurred in making this motion, including attorneys' fees.

WHEREFORE, Defendant Phoebe respectfully requests that this Court transfer this Motion to Quash the third-party subpoenas to the Forum Court. In the alternative, if the Court does not transfer this Motion to Quash to the Forum Court, then Defendant Phoebe respectfully requests that the subpoenas be quashed. In addition, Defendant Phoebe requests its

reasonable expenses and costs, including attorneys' fees, incurred in preparation of this Motion.

Respectfully submitted this 5th day of December, 2008.

*/s/ Karin A. Middleton*
Karin A. Middleton
Georgia Bar No. 011235
Baudino Law Group, PLC
2547 LaFayette Plaza Drive, Suite E
Albany, GA 31707
Telephone: (229) 883-0051
Facsimile: (229) 888-6190
E-mail: middleton@baudino.com

*/s/ Denise Cleveland-Leggett by KAM*
Denise Cleveland-Leggett
Georgia Bar No. 445397
Baudino Law Group, PLC
400 Colony Square, Suite 2020
1201 Peachtree Street NE
Atlanta, GA 30361
Telephone: (404) 685-8199
Facsimile: (404) 685-8286
E-mail: leggett@baudino.com

*/s/ Kenneth B. Hodges III by KAM*
Kenneth B. Hodges III
Georgia Bar No. 359155
Baudino Law Group, PLC
400 Colony Square, Suite 2020
1201 Peachtree Street NE
Atlanta, GA 30361
Telephone: (404) 685-8199
Facsimile: (404) 685-8286
E-mail: hodges@baudino.com

ATTORNEYS FOR DEFENDANTS
PHOEBE PUTNEY MEMORIAL
HOSPITAL, INC. AND PHOEBE
PUTNEY HEALTH SYSTEM, INC.

## CERTIFICATION OF COMPLIANCE WITH L.R. 5.1C

Pursuant to L.R. 7.1, I, Karin A. Middleton, herby certify that this Motion has been prepared in Times New Roman, 14 point font in compliance with L.R. 5.1C.

Dated this 5th day of December, 2008.

*[signature]*
Karin A. Middleton
Georgia Bar No. 011235
Baudino Law Group, PLC
2547 LaFayette Plaza Drive, Suite E
Albany, GA 31707
Telephone: (229) 883-0051
Facsimile: (229) 888-6190
E-mail: middleton@baudino.com