IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PALMYRA PARK HOSPITAL, INC., )<br>d/b/a/ PALMYRA MEDICAL )<br>CENTER, )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>PHOEBE PUTNEY MEMORIAL )<br>HOSPITAL, INC.; PHOEBE PUTNEY )<br>HEALTH SYSTEM, INC.; and )<br>HOSPITAL AUTHORITY OF )<br>ALBAMY/DOUGHERTY COUNTY, )<br>  )<br>  Defendants. ) | MISCELLANEOUS ACTION<br>NO. 1:08-MI-431-WSD-CCH<br><br>(Civil Action<br>No. 1:08-CV-000102-WLS<br>Action pending in the United<br>States District Court for the<br>Middle District of Georgia) |

## BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC.'S MOTION TO QUASH SUBPOENA

COMES NOW Blue Cross Blue Shield Healthcare Plan of Georgia, Inc. ("BCBSHP"), in accordance with Rule 45(c)(3) of the Federal Rules of Civil Procedure, and respectfully moves this Court to quash the subpoena issued November 21, 2008, by the Northern District of Georgia and served by Plaintiff, Palmyra Park Hospital, Inc. d/b/a Palmyra Park Hospital ("Palmyra") on BCBSHP.

In support of this motion, BCBSHP shows as follows:

1. Palmyra's service of the non-party subpoena upon BCBSHP violates

2017978.1

the November 5, 2008 Order entered by the United States District Court for the Middle District of Georgia, which postponed the filing of a proposed discovery/scheduling order by the parties and a discovery conference until further order of that Court, given the pendency of Motions to Dismiss and to Stay Discovery filed by Defendants.

2. Palmyra's service of a non-party subpoena upon BCBSHP violates Rules 26(d) & (f) of the Federal Rules of Civil Procedure, because the United States District Court for the Middle District of Georgia following the Rule 26(f) conference ordered the parties not to file a proposed discovery order until further order of that Court, given the pendency of the motions filed by Defendants.

3. The non-party subpoena served upon BCBSHP requires disclosure of privileged and protected matters, as well as confidential commercial and trade secret information, authorizing this Court to issue a motion to quash in accordance with Rule 45(c)(3) of the Federal Rules of Civil Procedure.

Accordingly, Movant Blue Cross Blue Shield Healthcare Plan of Georgia, Inc. respectfully requests that this Court quash the non-party subpoena issued to it

on November 21, 2008. A brief in support of this motion is being filed concurrently herewith for the Court's consideration.

Respectfully submitted, this 19th day of December, 2008.

**TROUTMAN SANDERS LLP**

/s/ Mark H. Cohen
MARK H. COHEN
Georgia Bar No. 174567

Counsel for Non-Party
Blue Cross Blue Shield Healthcare Plan
of Georgia, Inc.

Bank of America Plaza
600 Peachtree Street, N.E.
Suite 5200
Atlanta, Georgia 30308-2216
Telephone:  (404) 885-3597
Facsimile:   (404) 962-6753
Email:         mark.cohen@troutmansanders.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that **BLUE CROSS BLUE SHIELD HEALTH CARE PLAN OF GEORGIA, INC.'S MOTION TO QUASH SUBPOENA** was electronically filed with the Clerk of Court using the CM/ECF system, and was also served by regular first class mail to the following attorneys of record:

Christine A. Hopkinson, Esq.
M. Russell Wofford, Jr., Esq.
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521

Jeffrey S. Spigel, Esq.
King & Spalding LLP
1700 Pennsylvania Ave., NW, Suite 200
Washington, DC 20006-2706

William H. Hedrick, Esq.
127 North Westover Blvd.
Albany, GA 31707

John Passarelli, Esq.
James Sulentic, Esq.
Kutak Rock LLP
The Omaha Building
1650 Farnham Street
Omaha, NE 68102-2186

David J. Darrell, Esq.
Baudino Law Group
2600 Grand Avenue, Suite 300
Des Moines, IA 50311

Karin A. Middleton, Esq.
Baudino Law Group
2547 LaFayette Plaza Drive, Suite E
Albany, GA 31707

Denise Cleveland-Leggett, Esq.
Kenneth B. Hodges III, Esq.
Baudino Law Group
400 Colony Square, Suite 2020
1201 Peachtree Street, N.E.
Atlanta, GA 30361

Edgar B. Wilkin, Jr., Esq.
Perry & Walters LLP
P. O. Box 71209
Albany, GA 31708-1209

This 19th day of December, 2008.

/s/Mark H. Cohen
MARK H. COHEN

2017978.1