IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| Palmyra Park Hospital, Inc., <br> d/b/a Palmyra Medical Center, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | File No. 1:08-mc-00002-WLS |
| Phoebe Putney Memorial Hospital, Inc.; <br> Phoebe Putney Health System, Inc.; and <br> Hospital Authority of Albany/ <br> Dougherty County, | ) <br> ) <br> ) <br> ) <br> ) | *related case* File No. 1:08-cv-00102-WLS |
| Defendants. | ) | |

**INDEX OF EXHIBITS TO PLAINTIFF PALMYRA MEDICAL CENTER'S OPPOSITION TO BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC.'S MOTION TO QUASH SUBPOENA**

| Exhibit | Description |
|---|---|
| 1 | Spartanburg Reg'l Healthcare Sys. v. Hillenbrand Indus., Inc., No. 1:05-MC-107, 2005 WL 2571943 (W.D. Mich. Oct. 12, 2005) |
| 2 | Sizemore v. Chase Mortgage Holdings, Inc., No. 4:06-CV-149 (WLS), 2008 WL 838819 (M.D. Ga. Mar. 28, 2008) |

Dated this 12th day of January, 2009.

        Respectfully submitted,

        */s/ William H. Hedrick*
        William H. Hedrick
        Georgia Bar No. 343250
        127 North Westover Boulevard
        Albany, Georgia 31707
        (229) 883-7463
        (229) 434-1581 (fax)

        */s/ Christine A. Hopkinson*
        M. Russell Wofford, Jr.
        Georgia Bar No. 773002
        Christine A. Hopkinson
        Georgia Bar No. 142106
        KING & SPALDING LLP
        1180 Peachtree Street, N.E.
        Atlanta, Georgia  30309-3521
        (404) 572-4600
        (404) 572-5100 (fax)
        email of filer: chopkinson@kslaw.com

        *Attorneys for Palmyra Park Hospital, Inc.,*
        *d/b/a Palmyra Medical Center*

        **OF COUNSEL:**

        Jeffrey S. Spigel
        KING & SPALDING LLP
        1700 Pennsylvania Ave. NW, Suite 200
        Washington, D.C. 20006-2706
        (202) 737-0500
        (202) 626-3737 (fax)